IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROYCE GARNER and GLADYS GARNER, ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br>     First Defendant, ) <br> ) <br> THE BOARD OF REGENTS OF THE ) <br> UNIVERSITY SYSTEM OF GEORGIA ) <br> (specifically Augusta University Medical ) <br> Center, formerly Georgia Regents ) <br> University, a department/agency of the ) <br> State of Georgia), ) <br>     Second Defendant, ) <br> ) <br> MCG HEALTH, INC., ) <br>     Third Defendant, and ) <br> ) <br> ERIC ZEVALLOS, M.D., ) <br>     Fourth Defendant ) <br> _____) | CIVIL ACTION FILE NO.: <br><br> 1:17-cv-00086-JRH-BKE |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA AND ERIC ZEVALLOS, M.D. ONLY, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**COME NOW** ROYCE GARNER and GLADYS GARNER, Plaintiffs, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by and through their counsel of record, hereby give notice that the above-captioned case is voluntarily dismissed, WITHOUT PREJUDICE, against THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ("BOR") and ERIC ZEVALLOS, M.D. ("Zevallos"); neither the BOR nor Zevallos have filed either an Answer or a Motion for Summary Judgment in this Action.

This 5th day of October, 2017.

/s/ Edwin A. Wilson_____
Edwin A. Wilson
*Attorney for Plaintiffs*
Georgia Bar No.: 143087

**FRAILS & WILSON, LLC**
211 Pleasant Home Road
Suite A-1
Augusta, GA 30907
**Office:       706.855.6715**
**Facsimile:   706.855.7631**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| ROYCE GARNER and GLADYS GARNER,) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> First Defendant, ) <br> ) <br> THE BOARD OF REGENTS OF THE ) <br> UNIVERSITY SYSTEM OF GEORGIA ) <br> (specifically Augusta University Medical ) <br> Center, formerly Georgia Regents ) <br> University, a department/agency of the ) <br> State of Georgia), ) <br> Second Defendant, ) <br> ) <br> MCG HEALTH, INC., ) <br> Third Defendant, and ) <br> ) <br> ERIC ZEVALLOS, M.D., ) <br> Fourth Defendant ) <br> \_\_\_\_\_) | CIVIL ACTION FILE NO.: <br><br> 1:17-cv-00086-JRH-BKE |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have on this day served the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA AND ERIC ZEVALLOS, M.D. ONLY** upon the following parties:

> Loretta L. Pinkston-Pope
> Georgia Department of Law
> 40 Capitol Square, S.W.
> Atlanta, GA 30334

3

        Jason W. Blanchard, Esq.
        Assistant United States Attorney
        Southern District of Georgia
        Post Office Box 2017
        Augusta, GA 30903

        James V. Painter, Esq.
        Brennan, Wasden & Painter, LLC
        801 Broad Street, Suite 501 (30901)
        Post Office Box 1808
        Augusta, GA 30903

in accordance with ECF rules by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

    This 5th day of October, 2017.

                            /s/ Edwin A. Wilson_____
                            EDWIN A. WILSON
                            *Attorney for Plaintiffs*
                            Georgia Bar No.: 143087

**FRAILS & WILSON, LLC**
211 Pleasant Home Road
Suite A-1
Augusta, GA 30907
**Office:**    706.855.6715
**Facsimile:**  706.855.7631