IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ROYCE GARNER and GLADYS      *
GARNER,                      *
                             *
     Plaintiffs,             *     CV 117-086
                             *
     v.                      *
                             *
UNITED STATES OF AMERICA, et *
al.,                         *
                             *
     Defendants.             *
```

**O R D E R**

Presently before the Court is Plaintiffs' notice of voluntary dismissal without prejudice of the Board of Regents of the University System of Georgia and Eric Zevallos, M.D. (Doc. 18.) Plaintiffs' notice complies with Federal Rule of Civil Procedure 41(a)(1)(A), thus dismissal is proper. The Court **ORDERS** the Clerk to **REMOVE** the Board of Regents of the University System of Georgia and Eric Zevallos, M.D. from this case and **TERMINATE** all deadlines with respect to these parties.

**ORDER ENTERED** at Augusta, Georgia, this _1ST_ day of _November_, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA