IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROYCE GARNER and GLADYS GARNER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, and MCG HEALTH, INC., <br><br> Defendants. | CASE NO.: CV117-086 |

## ORDER

Upon consideration of the United States' motion for temporary stay of the proceedings in light of a Government lapse in appropriations,

**IT IS HEREBY ORDERED** that the proceedings and deadlines in this case shall be stayed until further notice by the Court.

**ORDER ENTERED** at _Augusta, Ga_, this _22nd_ day of January, 2018.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA