IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROYCE GARNER and GLADYS GARNER,)<br>  Plaintiffs,                                   )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>UNITED STATES OF AMERICA,        )<br>  First Defendant, and                    )<br>                                                  )<br>MCG HEALTH, INC.,                       )<br>  Second Defendant                       )<br>_____) | CIVIL ACTION FILE NO.:<br><br>1:17-cv-00086-JRH-BKE |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**COME NOW** ROYCE GARNER and GLADYS GARNER, Plaintiffs, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by and through their counsel of record, hereby give notice that the above-captioned case is voluntarily dismissed, WITHOUT PREJUDICE, against all remaining Defendants. None of the Defendants have filed a Motion for Summary Judgment in this Action.

This 8th day of May, 2018.

                                            _/s/ Edwin A. Wilson_____
                                            Edwin A. Wilson
                                            *Attorney for Plaintiffs*
                                            Georgia Bar No.: 143087

**FRAILS & WILSON, LLC**
211 Pleasant Home Road
Suite A-1
Augusta, GA 30907
**Office:**     706.855.6715
**Facsimile:**  706.855.7631

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| ROYCE GARNER and GLADYS GARNER,) | |
|     Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | |
| vs. ) | 1:17-cv-00086-JRH-BKE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     First Defendant, and ) | |
| ) | |
| MCG HEALTH, INC., ) | |
|     Second Defendant ) | |
| \_\_\_\_\_) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have on this day served the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** upon the following parties:

> Jason W. Blanchard
> Assistant United States Attorney
> Southern District of Georgia
> Post Office Box 2017
> Augusta, GA 30903
>
> James V. Painter, Esq.
> Brennan, Wasden & Painter, LLC
> 801 Broad Street, Suite 501 (30901)
> Post Office Box 1808
> Augusta, GA 30903

in accordance with ECF rules by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

This 8th day of May, 2018.

                                            /s/ Edwin A. Wilson_____
                                            EDWIN A. WILSON
                                            *Attorney for Plaintiffs*
                                            Georgia Bar No.: 143087

**FRAILS & WILSON, LLC**
211 Pleasant Home Road
Suite A-1
Augusta, GA 30907
**Office:**     706.855.6715
**Facsimile:**  706.855.7631