# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

ROYCE GARNER and GLADYS GARNER, \*

    Plaintiffs, \* CV 117-086

v. \*

UNITED STATES OF AMERICA, et al., \*

    Defendants. \*

## O R D E R

Before the Court is Plaintiffs' notice of voluntary dismissal without prejudice against all remaining Defendants. Plaintiffs' have filed their notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) on the basis that "[n]one of the Defendants have filed a Motion for Summary Judgment in this Action." (Doc. 40.) All the Defendants have, however, filed an answer to Plaintiffs' complaint. Thus, Plaintiffs cannot voluntarily dismiss their complaint under Rule 41(a)(1)(A)(i). See Pontenberg v. Boston Scientific Corp., 252 F.3d 1253, 1255 (11th Cir. 2001).

Nevertheless, the Court finds that dismissal is still warranted. In response to Plaintiffs' filing, all remaining Defendants filed a stipulation of dismissal. Accordingly, the Court construes Plaintiffs' motion as a request for dismissal by court order under Rule 41(a)(2) and **GRANTS** Plaintiffs' request to dismiss

the remaining Defendants **WITHOUT PREJUDICE**. The Court **ORDERS** the Clerk to **CLOSE** this case and **TERMINATE** all deadlines. Each party shall bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 14th of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA